PERSONAL PROPERTY LIST

Name: Hundertmark, Fred & Karen

| Household goods (Section 4) | Quantity | Value |
|---|---|---|
| Bed - King Size | | |
| Bed - Queen Size | | |
| Bed - Full Size | 1 | 50.00 |
| Bed - Twin Size | 2 | 50.00 |
| Chest of Drawers | 2 | 20.00 |
| Nightstand | 2 | 20.00 |
| Bureau | 2 | 20.00 |
| Bedroom Lamps | 2 | 20.00 |
| Bedroom Chairs | | |
| Kitchen Table | | |
| Kitchen Chairs | | |
| Other Kitchen Furniture (stools) | 4 | 2.00 |
| Dining Room Table | 1 | 100.00 |
| Dining Room Chairs | 4 | |
| China Cabinet | 1 | |
| Buffet | | |
| Dining Room Lamps | | |
| Living Room/Family Room Sofa | 1 | 50.00 |
| Living Room/Family Room Loveseat | 1 | |
| Living Room/Family Room Chairs | 1 | |
| Living Room/Family Room Recliners | | |
| Living Room/Family Room Coffee Table | 1 | 10.00 |
| Living Room/Family Room End Table | 2 | 20.00 |
| Living Room/Family Room Floor Lamp | 2 | 10.00 |
| Entertainment Center | | |
| TV/Stereo Stand | | |
| Desks | 1 | 5.00 |
| Other Tables | | |
| Other Chairs | 1 | 10.00 |
| Deck/Patio Furniture | | |

387

| Household goods (Section 4) | Quantity | Value |
|---|---|---|
| Refrigerator | 1 | 50.00 |
| Freezer | 1 | 10.00 |
| Stoves | 1 | 50.00 |
| Washer/Dryer | 1/1 | 30.00 |
| Air Conditioner | 1 | 20.00 |
| Blender | — | |
| Toaster | 1 | 1.00 |
| Microwave | 1 | 35.00 |
| Dishes (set of 8) | | 5.00 |
| Pots & Pans | 15 | 15.00 |
| Glasses/Cups | 20 | 5.00 |
| Silverware (set of 8) | | 5.00 |
| Misc Utensils | 15 | 5.00 |
| Coffee Pot | 1 | 1.00 |
| Television | 1 | 50.00 |
| VCR/DVD/Tapes | 1/1/50 | 100.00 |
| Vacuum Cleaner | 1 | 75.00 |
| Iron | 1 | 1.00 |
| Stereo | — | |
| CD Player | — | |
| Compact Discs | 25 | 25.00 |
| Portable Radio | — | |
| Computer | 4 | 100.00 |
| Printer | 1 | 50.00 |
| Fax Machine | | |
| Computer Desk | 1 | 5.00 |
| ~~Other~~ Chair | 1 | 5.00 |
| Other | | |
| Other | | |
| Other | | |
| Total Household Goods | | 643 |

```
 387
─────
1030
```

| Books/Collectibles (Section5) | Quantity | Value |
|---|---|---|
| Coins | — | |
| Stamps | — | |
| Baseball Cards | — | |
| Books | 100 | 50.00 |
| Knick Knacks | 75 | 200.00 |
| Pictures | 2 | 5.00 |
| Wall Decorations | 10 | 10.00 |
| Other | — | |
| Other | — | |
| Total Books/Collectibles | | 265.00 |

| Wearing Apparel (Section 6) | Quantity | Value |
|---|---|---|
| Ladies - dresses | 6 | 20.00 |
| Ladies - skirts | 6 | 20.00 |
| Ladies - suits | — | |
| Ladies - dress pants | 2 | 5.00 |
| Ladies - sweaters | 6 | 20.00 |
| Ladies - jeans | 2 | 5.00 |
| Ladies - shoes | 2 | 5.00 |
| Ladies - shorts | 6 | 20.00 |
| Ladies - shirts/blouses | 20 | 20.00 |
| Ladies - coats | 3 | 20.00 |
| Ladies - other | — | |
| Mens - dress shirts | 3 | 9.00 |
| Mens - T-shirts | 50 | 25.00 |
| Mens - suits | 2 | 20.00 |
| Mens - dress pants / jeans | 6 | 10.00 |
| Mens - sweaters | 2 | 5.00 |
| Mens - shoes | 5 | 15.00 |
| Mens - shorts | 5 | 5.00 |
| Mens - coats | 3 | 20.00 |
| Mens - other work pants | 5 | 5.00 |

514
1030
1544

| Wearing Apparel (Section 6) | Quantity | Value |
|---|---|---|
| Childrens - pants | 20 | 10.00 |
| Childrens - shirts | 50 | 25.00 |
| Childrens - shoes | 10 | 5.00 |
| Childrens - shorts | 20 | 20.00 |
| Childrens - coats | 5 | 25.00 |
| Childrens - sweaters | 20 | 10.00 |
| Total Wearing Apparel | | 344 |

| Furs & Jewelry (Section 7) | Quantity | Value |
|---|---|---|
| Braceletrs | 3 | 1,000 |
| Earrings | 15 | 150 |
| Necklaces | 4 | 150 |
| Watches | — | |
| Pins/Pendants | — | |
| Rings | 3 | 300 |
| Wedding Bands | 2 | 50 |
| Engagement Rings | 1 | 1,000 |
| Other | — | |
| Fur | — | |
| Total Furs & Jewelry | | 2650 |

| Firearms & Hobby Equip. (Section 8) | Quantity | Value |
|---|---|---|
| Hand Guns | — | |
| Rifles | — | |
| Shotguns | — | |
| Fishing Rods/Tackle | 3 | 30.00 |
| Exercise Bike | — | |
| Weights | — | |
| Cameras | 1 | 25.00 |
| Bikes | 4 | 40.00 |
| Other | — | |
| Other | — | |
| Total Firearms & Hobby Equip. | | 95 |

2840
1544
4384

| Other Personal Property (Section 33) | Quantity | Value |
|---|---|---|
| Power Tools | 10 | 500.00 |
| Lawn Mower | 1 | 10.00 |
| Lawn Tractor | 1 | 40.00 |
| Snow Blower | | |
| Trimmer | | |
| Small Hand Tools | 50 | |
| Childrens Toys | 25 | 100.00 |
| Other  stuffed animals | 10 | 2.00 |
| Other | | |
| Other | | |
| Total Other Personal Property | | 652 |

Total Value of All Personal Property (above)    $5036

652
4384
5036

I certify that the information I have provided is truthful, accurate, and complete, to the best of my knowledge, information, and belief after reasonable inquiry.

Debtor Signature

Co-Debtor Signature